Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR23-009 RSM |
| Plaintiff, | ) | |
| | ) | |
| | ) | ORDER EXTENDING FILING |
| | ) | DEADLINE |
| v. | ) | |
| | ) | |
| ABRAHAM MBUGUA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The court, having considered the Defense Motion to Extend Filing Deadline, grants the motion and sets a new filing deadline of March 9, 2023.

ORDERED this 23rd day of February, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Michael Nance, WSBA #13933
Defense Attorney